UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES

Case No. 06-22942                                   Date: April 11, 2007

Style: TracFone Wireless, Inc. v. James H. Billington, Librarian of Congress, et al

Counsel for Plaintiff: ~~Slyvia~~ Sylvia Warbolt, James Baldinger, John Camp

Counsel for Defendant: James Luh

Reporter: Carleen Horenkamp       Courtroom Deputy: Clara Foster

Law Clerk: A. Stewart

Status Conference/Pretrial Conference/Calendar Call/(Hearing) on Defendants' Motion to Dismiss or Alternatively for Summary Judgment. Parties to submit legislative history on ~~impact of~~ whether the acts at issue were to protect plaintiff's interest (to be submitted within 7 days)

Motion: _____  Granted: _____ Denied: _____

Calendar Call: _____   Trial Set/Reset for: _____
Pretrial Conference: _____   Bench/Jury Trial: _____

Issues Referred to Mag:

Trial/Costs/Fees/Sanctions/Dismiss/Summary/Judgment/Discovery/Other:

_____ Mag: O'Sullivan      Mediation: Yes:__ No:__

MISCELLANEOUS NOTES: _____