```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
```

| | |
|---|---|
| TRACFONE WIRELESS, INC., <br> -------------------- Plaintiff, | ) <br> ) Miami, Florida <br> ) |
| vs. | ) Case No. <br> ) 06-CV-22942-DLG |
| JAMES H. BILLINGTON, LIBRARIAN <br> OF CONGRESS; MARYBETH PETERS, <br> REGISTER OF COPYRIGHTS, <br> -------------------- Defendants. | ) <br> ) <br> ) <br> ) PAGES 1 THROUGH 40 |

TRANSCRIPT OF HEARING ON MOTIONS

BEFORE THE HONORABLE DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

APRIL 11, 2007, 3:30 P.M.

*ORIGINAL*

APPEARANCES:

For the Plaintiff:   Ms. Sylvia H. Wolbolt, Esq.
                     CARLTON FIELDS
                     4221 W. Boy Scout Boulevard
                     10th Floor - Corporate Center III
                     Tampa, Florida  33067-5736

                     Mr. Steven J. Brodie, Esq.
                     Mr. James B. Baldinger, Esq.
                     CARLTON FIELDS
                     222 Lakeview Avenue
                     Suite 1400, P.O. Box 150
                     West Palm Beach, Florida  33402-0150

For the Defendants:  Mr. James C. Luh, Esq.
                     U.S. DEPARTMENT OF JUSTICE
                     20 Massachusetts Avenue NW
                     Washington, DC  20530