UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-cv-22942-GRAHAM

|  |  |
|---|---|
| TRACFONE WIRELESS, INC., | ) |
|  | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| JAMES H. BILLINGTON, Librarian of Congress, and | ) |
| MARYBETH PETERS, Register of Copyrights, | ) |
|  | ) |
| Defendants | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Defendants James H. Billington, Librarian of Congress, and Marybeth Peters, Register of Copyrights, do not oppose Plaintiff's Motion for Voluntary Dismissal Without Prejudice, and since the filing of the plaintiff's motion the parties have agreed to file a stipulation of dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which will make it unnecessary for the Court to resolve the plaintiff's motion. The defendants submit this response only to clarify details of the parties' prefiling conferences.

TracFone's motion states that before TracFone filed its motion, it conferred with the defendants, and the defendants refused to agree to a stipulated dismissal without prejudice. (Pl.'s Mot. for Voluntary Dismissal Without Prejudice at 1, 4, 8.) In fact, the defendants did not rule out a stipulated dismissal. When the parties first discussed voluntary dismissal of the action, TracFone stated that it would enter a stipulated dismissal only if the defendants agreed to certain conditions. The defendants informed TracFone that those conditions were not acceptable, and

TracFone indicated that it would file a motion with the Court. However, the motion that TracFone later filed with the Court requested a straightforward voluntary dismissal without the additional conditions that TracFone had sought earlier.

    The defendants disagree with some factual and legal statements made in TracFone's motion, and they continue to adhere to the legal arguments they have made in previous filings. Nevertheless, the defendants have concluded that a dismissal without additional conditions is acceptable as long as TracFone has no present plans to refile its claims. TracFone has indicated that it has no current plans to refile its claims, so the defendants have agreed to a stipulation of dismissal. The parties expect to file the stipulation of dismissal shortly.

Dated: May 31, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

R. ALEXANDER ACOSTA
United States Attorney

THEODORE C. HIRT
Assistant Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


/s/ <u>JAMES C. LUH</u>
JAMES C. LUH

## SERVICE LIST

Case No. 06-cv-22942-GRAHAM

Steven J. Brodie
Carlton Fields
4000 International Place
100 SE 2nd St
Miami FL 33131-2114
Tel: (305) 530-0050
Fax: (305) 530-0055
E-mail: sbrodie@carltonfields.com

John A. Camp
Carlton Fields
4000 International Place
100 SE 2nd St
Miami FL 33131-2114
Tel: (305) 530-0050
Fax: (305) 530-0055
E-mail: jcamp@carltonfields.com

James B. Baldinger
Carlton Fields
222 Lakeview Ave Ste 1400
West Palm Beach FL 33401-6149
Tel: (561) 659-7070
Fax: (561) 659-7368
E-mail: jbaldinger@carltonfields.com

Sylvia H. Walbolt
Carlton Fields
4221 W Boy Scout Blvd Ste 1000
Tampa FL 33607
Tel: (813) 223-7000
Fax: (813) 229-4133
E-mail: swalbolt@carltonfields.com
Attorneys for Plaintiff TracFone Wireless, Inc.

James C. Luh
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorney for Defendants James H. Billington and Marybeth Peters